IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 05-40074 |
| v. | ) | |
| | ) | VIO: Title 18, United States Code, |
| ANGELINA GUEVARA FUENTES LENDOS, | ) | Section 1001 |
| | ) | |
| Defendant. | ) | |

FILED
JUN 1 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about June 13, 2004, in Henry County, in the Central District of Illinois, and elsewhere, the defendant,

**ANGELINA GUEVARA FUENTES LENDOS,**

in a matter within the jurisdiction of the Drug Enforcement Administration, an agency within the Executive Branch of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that the defendant falsely stated to investigators that she did not know where she and her husband were traveling and did not know who owned the clothing store where she worked, when in fact the defendant then and there well knew that she possessed driving directions to her and her husband's travel destination, and that

-1-

the defendant was in fact the owner of the clothing store at issue,

All in violation of Title 18, United States Code, Section 1001.

                                          **JAN PAUL MILLER**
                                          **UNITED STATES ATTORNEY**
                                          **CENTRAL DISTRICT OF ILLINOIS**

                                          S/John Mehochko
By:   **John K. Mehochko**
       **Assistant United States Attorney**
       **1830 Second Avenue, Suite 320**
       **Rock Island, Illinois 61201**
       **Telephone (309) 793-5884**