E-FILED
Thursday, 16 June, 2005  11:06:25 AM
Clerk, U.S. District Court, ILCD

AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____Central_____ DISTRICT OF __Illinois__

UNITED STATES OF AMERICA

V.

Angelina Guevara Fuentes Lendos

WAIVER OF INDICTMENT

CASE NUMBER: 05-40074

FILED
JUN 15 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, __Angelina Lendos__, the above named defendant, who is accused of

__Making False Statements in violation of USC, 18-1001__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/15/05__ prosecution by indictment and consent that the
                                          Date
proceeding may be by information rather than by indictment.

S/Angelina Lendos
_____
Defendant

S/Joe Gibson
_____
Counsel for Defendant

Before __S/John A. Gorman__
         Judicial Officer